IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DONALD LeMASTERS,

    Petitioner,

v.

WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 2:14-CV-01452
JUDGE ALGENON L. MARBLEY
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On February 1, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed as moot. (ECF No. 35.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed. The docket reflects that notice of the Magistrate Judge's *Report and Recommendation* to Petitioner has been returned as undeliverable with no forwarding address. (ECF Nos. 36, 37.) However, it is the Petitioner's responsibility to keep the Court notified of his current whereabouts.

The *Report and Recommendation* (ECF No. 35) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**, as moot.

Respondent's *Motion to Dismiss for Lack of Jurisdiction* (ECF No. 33) and *Motion to Vacate* (ECF No. 34) are **DENIED**, as moot.

    **IT IS SO ORDERED.**

ALGENON L. MARBLEY
United States District Judge